S. LANE TUCKER
United States Attorney

SETH BRICKEY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: seth.brickey-smith@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>JIMMIE THOMPSON,<br><br>                Defendant. | No. 3:22-cr-00072-JMK-KFR<br><br>COUNT 1:<br>THEFT OF MAIL MATTER BY POSTAL SERVICE OFFICER OR EMPLOYEE<br>  Vio. of 18 U.S.C. § 1709<br><br>COUNT 2:<br>DELAY OR DESTRUCTION OF MAIL<br>  Vio. of 18 U.S.C. § 1703 |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

Between on or about May 18, 2022 and on or about May 19, 2022, within the District of Alaska, the defendant, JIMMIE THOMPSON, being a Postal Service employee, did embezzle, steal, abstract, and remove money from letters, postal cards, and mail, which

had been entrusted to him and which came into his possession intended to be conveyed by mail.

All of which is in violation of 18 U.S.C. § 1709.

## COUNT 2

Between on or about May 18, 2022 and on or about May 19, 2022, within the District of Alaska, the defendant, JIMMIE THOMPSON, being a Postal Service employee, did unlawfully secrete, destroy, detain, delay, and open letters, postal cards, and mail entrusted to him and which came into his possession, and which was intended to be conveyed by mail.

All of which is in violation of 18 U.S.C. § 1703.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Seth Brickey
SETH BRICKEY
Assistant United States Attorney
United States of America


s/ Kathryn Vogel for
S. LANE TUCKER
United States Attorney
United States of America


Date: 9-20-22